BEFORE THE THIRD DIVISION, OCTOBER 24, 1967

**No. P67/360.**—Malt Diastase Co. v. United States, protests 66/43628 and 66/32491 (New York).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of dehydrated leek similar in all material respects to that the subject of *Corn Products Co.* v. *United States* (55 Cust. Ct. 152, C.D. 2567), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 26, 1967

**No. P67/361.**—C. Itoh & Co. (America), Inc., et al. v. United States, protests 63/22501, etc. (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of waterproof cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiffs was sustained.

**No. P67/362.**—Henry Wedemeyer, Inc. v. United States, protest 65/14827 (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of battery-operated mixers similar in all material respects to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (53 Cust. Ct. 231, Abstract 68674), the claim of the plaintiff was sustained.

**No. P67/363.**—Traveler Trading Co. et al. v. United States, protests 66/33446, etc. (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature hunting knives similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (49 Cust. Ct. 301, Abstract 67195), the claim of the plaintiffs was sustained.